**Entered on Docket**
**December 10, 2009**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

GREGORY L. WILDE, ESQ.                                   Lodged on
Nevada Bar No. 004417
WILDE & ASSOCIATES
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone (702) 258-8200
bk@wildelaw.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-16221-bam |
| Magellan Aquino | Date: October 20, 2009<br>Time: 1:30 AM |
| | Chapter 13 |
| Debtors. | |

## ORDER DENYING MOTION FOR RELIEF FROM THE

## AUTOMATIC STAY

THE COURT having reviewed the briefs filed by the respective parties, having considered the oral argument, and having reviewed all other pleadings before it, rules as follows:

The Secured Creditor has not provided evidence to the court of a diminution in property value pursuant to the In Re: Timbers case, warranting on Order Vacating Stay.

The Secured Creditor has not convinced the court that a proposed monthly payment of ".25" of the value of the subject property does not cover any diminution in value while waiting for a decision on a loan modification request.

The Secured Creditor has not convinced the court that a monthly payment of ".25" of the subject property's value necessarily denotes an improbability of successful reorganization inasmuch as the decision of whether or not a loan modification is granted is in the hands of the Secured Creditor.

The Court further holds that a plan that proposes to pay a monthly payment of ".25" of the subject property's value is not on its face a plan proposed in violation of 11 U.S.C. 1322(b)(2).

Other findings made by the Court are found on the record and incorporated herein.

THEREFORE, the Secured Creditor's motion for relief from the automatic stay is denied without prejudice.

DATED this _9th_ day of _December_, 2009.

Submitted by:
WILDE & ASSOCIATES

By___/S/GREGORY L. WILDE___
    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
    208 South Jones Boulevard
    Las Vegas, Nevada 89107

APPROVED / DISAPPROVED                    APPROVED / DISAPPROVED


By_____          By_____
    Christopher Griffin
    Haines and Krieger                          Kathleen A. Leavitt
    Attorney for Debtor(s)                      Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021. the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

__✗__ No parties appeared or filed written objections. and there is no trustee appointed in the case.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing. any unrepresented parties who appeared at the hearing. and any trustee appointed in this case. and each has approved or disapproved the order. or failed to respond. as indicated below (list each party and whether the party has approved. disapproved. or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    __X__ failed to respond to the document

_____ appeared at the hearing. waived the right to review the order

_____ matter unopposed. did not appear at the hearing. waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    __X__ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

_/s/ Gregory L. Wilde. Esq._

Gregory L. Wilde. Esq.

Attorney for Secured Creditor

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
and each has approved or disapproved the order, or failed to respond, as indicated below
(list each party and whether the party has approved, disapproved, or failed to respond to the
document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor